No. 75–1882.   CARTER ET AL. v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 75–6648.   WILLIS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 75–6682.   HOPKINS v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 75–6811.   LATHAN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–344.   COUNCIL OF SUPERVISORS AND ADMINISTRATORS OF THE CITY OF NEW YORK, LOCAL 1, SASOC, AFL–CIO v. CHANCE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 76–387.   ROSENBARGER v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 76–969.   HOUSE ET AL. v. WALLACE ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 76–1165.   ZOLLER & DANNEBERG EXPLORATION, LTD., ET AL. v. BALLARD & CORDELL CORP.   C. A. 10th Cir.   Certiorari denied.

No. 76–1187.   RALEY v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 76–1221.   INDUSTRIAL EMPLOYERS & DISTRIBUTORS ASSN. ET AL. v. SMITH.   C. A. 9th Cir.   Certiorari denied.

No. 76–1227.   HAWAIIAN HAULING SERVICE CO., LTD. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 76–1242.   CASE v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.